**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**SHANE MICHAEL HEERLING,**

     **Petitioner,**

**v.**                                **Case No. 4:23-cv-178-AW-ZCB**

**RICKY DIXON,**

     **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Shane Michael Heerling initiated this case by filing a § 2254 petition. The state responded, and the magistrate judge issued a thorough report and recommendation that concludes the court should deny the petition and deny a certificate of appealability. ECF No. 17. Heerling has not filed any objection.

Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "The § 2254 petition is denied." A certificate of appealability is DENIED.

The clerk will close the file.

SO ORDERED on June 23, 2026.

s/ *Allen Winsor*_____
Chief United States District Judge